UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      §
                                            §
MAZUR, LAWRENCE A.                          §    Case No. 11-27281
MAZUR, NANCY C.                             §
                                            §
          Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/14/2012 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAZUR, LAWRENCE A. | § | Case No. 11-27281 |
| MAZUR, NANCY C. | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,754.50 |
| and approved disbursements of | $ | 151.51 |
| leaving a balance on hand of[1] | $ | 13,602.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Ford Motor Credit Company LLC | $ 4,049.78 | $ 4,049.78 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 13,602.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 2,125.45 | $ 0.00 | $ 2,125.45 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,125.45 |
| Remaining Balance | $ | 11,477.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 491,644.05 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,874.06 | $ 0.00 | $ 230.51 |
| 000002 | FIA CARD SERVICES, N.A. | $ 2,509.88 | $ 0.00 | $ 58.59 |
| 000003 | FIA CARD SERVICES, N.A. | $ 20,243.73 | $ 0.00 | $ 472.60 |
| 000005 | Chase Bank USA, N.A. | $ 18,929.63 | $ 0.00 | $ 441.92 |
| 000006 | GE Capital Retail Bank | $ 1,414.74 | $ 0.00 | $ 33.03 |
| 000007 | GE Capital Retail Bank | $ 4,401.07 | $ 0.00 | $ 102.74 |
| 000008 | Capital One Bank (USA), N.A. | $ 9,376.41 | $ 0.00 | $ 218.89 |
| 000009 | JPMorgan Chase Bank | $ 424,894.53 | $ 0.00 | $ 9,919.26 |

Total to be paid to timely general unsecured creditors     $     11,477.54
Remaining Balance     $     0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/ David R. Brown
                   David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                 Case No. 11-27281-DRC
Lawrence A. Mazur                                                      Chapter 7
Nancy C. Mazur
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0752-1            User: mmyers                 Page 1 of 3                  Date Rcvd: Aug 27, 2012
                                Form ID: pdf006              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2012.
db/jdb        +Lawrence A. Mazur,   Nancy C. Mazur,   566 Van Auken Street,    Elmhurst, IL 60126-2032
17490444      +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17490447     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
17934095       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
17490448      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17765594       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17490451      +Earl L. Simon & Stephanie D. Uhler,   Attorneys at Law,    4709 Golf Road, Suite 475,
                Skokie, IL 60076-1228
17692965       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17490452      +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
17700139      +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn,  MI 48121-6275
17490454       J.P. Morgan Chase,   P.O. Box 18223,   Columbus, OH 43218
17673381      +JPMorgan Chase Bank,   Francis X. Buckley Jr.Esq,   Thompson Coburn,LLP,    55 E Monroe 37th Flr,
                Chicago,IL 60603-6029
17648438      +JPMorgan Chase Bank N A,   Lauren Newman Esq.,   55 East Monroe 37th flr,   Chicago,IL 60603-6029
17490455      +Law Offices of Andrew M. Carter,   127 W. Willow Avenue,    Wheaton, IL 60187-5275
17490457      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
17490458      +Shell/Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
17490459      +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17490449       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2012 02:29:35     Discover Fin,   Pob 15316,
                Wilmington, DE 19850
17674350       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2012 02:29:35     Discover Bank,
                Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
17490450      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2012 02:29:35     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
17906255       E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2012 03:48:01     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17490453      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2012 02:31:47     Gemb/Jcp,   Po Box 984100,
                El Paso, TX 79998-4100
17490456       E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2012 02:31:22     Sams Club,   PO Box 530981,
                Atlanta, GA 30353-0981
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17490445     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17490446     ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mmyers              Page 2 of 3              Date Rcvd: Aug 27, 2012
                              Form ID: pdf006           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2012**            **Signature:** _/s/ Joseph Speetjens_

Certificate of Notice   Page 7 of 7

```
District/off: 0752-1           User: mmyers              Page 3 of 3            Date Rcvd: Aug 27, 2012
                               Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2012 at the address(es) listed below:
         David R Brown    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
         Francis X Buckley    on behalf of Creditor   JPMorgan Chase Bank, N.A.
          fxbuckleyjr@thompsoncoburn.com,   aversis@thompsoncoburn.com
         Joseph P Doyle    on behalf of Debtor Lawrence Mazur joe@fightbills.com
         Lauren  Newman    on behalf of Creditor   JPMorgan Chase Bank, N.A. lnewman@thompsoncoburn.com,
          dmannella@thompsoncoburn.com
         Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                 TOTAL: 6

Certificate of Notice   Page 7 of 7