UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
MAZUR, LAWRENCE A.                      §   Case No. 11-27281
MAZUR, NANCY C.                         §
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                  Assets Exempt: 46,525.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 11,477.54    Claims Discharged
                                               Without Payment: 579,773.01

Total Expenses of Administration: 2,276.96

---

3) Total gross receipts of $ 13,754.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,754.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 4,049.78 | $ 4,049.78 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,276.96 | 2,276.96 | 2,276.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,606.50 | 491,644.05 | 491,644.05 | 11,477.54 |
| **TOTAL DISBURSEMENTS** | $ 99,606.50 | $ 497,970.79 | $ 497,970.79 | $ 13,754.50 |

 4) This case was originally filed under chapter 7 on 06/30/2011. The case was pending for 19 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2013  By:/s/DAVID R. BROWN
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life insurance policy through Prudential. Pr | 1129-000 | 9,711.16 |
| Whole Life insurance policy through Prudential. Pr | 1129-000 | 4,043.34 |
| **TOTAL GROSS RECEIPTS** | | **$13,754.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 4,049.78 | 4,049.78 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 4,049.78** | **$ 4,049.78** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | 2,125.45 | 2,125.45 | 2,125.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.00 | 4.00 | 4.00 |
| UNION BANK | 2600-000 | NA | 19.67 | 19.67 | 19.67 |
| UNION BANK | 2600-000 | NA | 31.96 | 31.96 | 31.96 |
| UNION BANK | 2600-000 | NA | 31.96 | 31.96 | 31.96 |
| UNION BANK | 2600-000 | NA | 31.96 | 31.96 | 31.96 |
| UNION BANK | 2600-000 | NA | 31.96 | 31.96 | 31.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,276.96 | $ 2,276.96 | $ 2,276.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 2,572.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 21,178.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 9,799.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 19,659.00 | NA | NA | 0.00 |
| | Discover Fin Pob 15316 Wilmington, DE 19850 | | 8,209.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 10,243.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earl L. Simon & Stephanie D. Uhler Attorneys at Law 4709 Golf Road, Suite 475 Skokie, IL 60076 | | 417.50 | NA | NA | 0.00 |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | 1,486.00 | NA | NA | 0.00 |
| | Law Offices of Andrew M. Carter 127 W. Willow Avenue Wheaton, IL 60187 | | 575.00 | NA | NA | 0.00 |
| | Sams Club PO Box 530981 Atlanta, GA 30353-0981 | | 3,824.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 2,290.00 | NA | NA | 0.00 |
| | Shell/Citi Po Box 6497 Sioux Falls, SD 57117 | | 833.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 18,521.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 9,874.06 | 9,874.06 | 230.51 |
| 000009 | JPMORGAN CHASE BANK | 7100-000 | NA | 424,894.53 | 424,894.53 | 9,919.26 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 9,376.41 | 9,376.41 | 218.89 |
| 000005 | CHASE BANK USA, N.A. | 7100-900 | NA | 18,929.63 | 18,929.63 | 441.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 2,509.88 | 2,509.88 | 58.59 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 20,243.73 | 20,243.73 | 472.60 |
| 000006 | GE CAPITAL RETAIL BANK | 7100-900 | NA | 1,414.74 | 1,414.74 | 33.03 |
| 000007 | GE CAPITAL RETAIL BANK | 7100-900 | NA | 4,401.07 | 4,401.07 | 102.74 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 99,606.50 | $ 491,644.05 | $ 491,644.05 | $ 11,477.54 |

Case 11-27281  Doc 38  Filed 02/01/13  Entered 02/01/13 10:47:23  Desc Main
Document  Page 8 of 11

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-27281 DRC Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | MAZUR, LAWRENCE A | Date Filed (f) or Converted (c): | 06/30/11 (f) |
| | MAZUR, NANCY C | 341(a) Meeting Date: | 08/10/11 |
| For Period Ending: | 07/24/12 | Claims Bar Date: | 11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 566 Van Auken Street, Elmhu | 238,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Restaurant located at 1120 S York Road, Bensenvil | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with MB Financial | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Checkings account with MB Financial | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Savings account with MB Financial | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Miscellaneous used household goods and furnishings | 550.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Books, Pictures, and CD's | 125.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Miscellaneous Costume Jewelry | 145.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Whole Life insurance policy through West and South | 1,900.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Whole Life insurance policy through Prudential. Pr | 9,711.16 | 9,711.16 | | 9,711.16 | FA |
| 12. Whole Life insurance policy through Prudential. Pr | 4,287.81 | 4,043.34 | | 4,043.34 | FA |
| 13. Whole Life insurance policy through Prudential Pr | 3,419.53 | 0.00 | | 0.00 | FA |
| 14. Pension & Retirement plan through employer - 100% | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. Business - The Spot Restaurant of Bensenville | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Law Suit for Previous Tenant in the Spot Restauran | 13,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1  Ver: 16.06b

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case No.: | 11-27281    DRC    Judge: DONALD R CASSLING | Trustee Name | DAVID R BROWN |
|---|---|---|---|
| Case Name: | MAZUR, LAWRENCE A. | Date Filed (f) or Converted (c): | 06/30/11 (f) |
|  | MAZUR, NANCY C. | 341(a) Meeting Date: | 08/10/11 |
|  |  | Claims Bar Date: | 11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. Automobile - 2004 Ford E150 with 75,000 in mileage<br>Debtor Claimed Exemption | 4,100.00 | 0.00 |  | 0.00 | FA |
| 18. Automobile - 2007 Ford Taurus with 32,000 in milea<br>Debtor Claimed Exemption | 6,125.00 | 0.00 |  | 0.00 | FA |
| 19. 2 Dual Gas Burner Steam Table 1 Deep Fryer 1 Doubl<br>Debtor Claimed Exemption | 2,570.00 | 0.00 | DA | 0.00 | FA |
| 20. Animal - 1 Dog<br>Debtor Claimed Exemption | 10.00 | 0.00 |  | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $685,543.50    $13,754.50        $13,754.50    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

awaits claim analysis and review

Initial Projected Date of Final Report (TFR): 04/15/12    Current Projected Date of Final Report (TFR): 04/15/12

LFORM1    Ver: 16.06b

FORM 2
Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-27281 -DRC | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | MAZUR, LAWRENCE A | Bank Name: | Union Bank |
| | MAZUR, NANCY C | Account Number / CD # | *******1606 Checking Account |
| Taxpayer ID No: | *******2842 | | |
| For Period Ending: | 07/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/11 | 11, 12 | LAWRENCE & NANCY MAZUR<br>566 N. Van Auken Street<br>Elmhurst, IL 60126 | | 1129-000 | 13,754.50 | | 13,754.50 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 19.67 | 13,734.83 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 31.96 | 13,702.87 |
| 12/20/11 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,670.91 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,638.95 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,606.99 |
| 02/03/12 | | Transfer to Acct #*******3614 | Bank Funds Transfer | 9999-000 | | 13,606.99 | 0.00 |

```
                    COLUMN TOTALS                    13,754.50      13,754.50           0.00
              Less  Bank Transfers/CD's                   0.00      13,606.99
           Subtotal                                  13,754.50         147.51
              Less: Payments to Debtors                                  0.00
           Net                                       13,754.50         147.51
```

Page Subtotals  13,754.50  13,754.50

LFORM24  Ver. 16.06b

FORM 2
Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-27281 -DRC | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | MAZUR, LAWRENCE A. | Bank Name: | Congressional Bank |
| | MAZUR, NANCY C. | Account Number / CD #: | ******3614 Checking Account |
| Taxpayer ID No: | ******2842 | | |
| For Period Ending | 07/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #******1606 | Bank Funds Transfer | 9999-000 | 13,606.99 | | 13,606.99 |
| 02/10/12 | 001001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 4.00 | 13,602.99 |

```
                         COLUMN TOTALS               13,606.99       4.00      13,602.99
                    Less: Bank Transfers/CD's        13,606.99       0.00
                Subtotal                                  0.00       4.00
                    Less: Payments to Debtors                        0.00
                Net                                       0.00       4.00
                                                                     NET        ACCOUNT
   TOTAL - ALL ACCOUNTS                            NET DEPOSITS  DISBURSEMENTS   BALANCE
   Checking Account - ********1606                    13,754.50      147.51         0.00
   Checking Account - ********3614                         0.00        4.00     13,602.99
                                                     ─────────   ─────────     ─────────
                                                     13,754.50      151.51     13,602.99
                                                     =========   =========     =========
                                                  (Excludes Account (Excludes Payments  Total Funds
                                                      Transfers)     To Debtors)         On Hand
```

Page Subtotals   13,606.99   4.00

Ver. 16.06b
LFORM24